John Muller, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— As the order appealed from has been affirmed,* the motion for a stay should be denied and the temporary stay vacated, without costs. Present— Hirschberg, P. J., Woodward Jenks, Burr and Thomas, JJ.

Thomas Regan, Respondent, v. Manhattan Refrigerating Company, Appellant.—Motion denied, without costs, and proceedings remitted to the trial justice for resettlement. Case to be restored to calendar for reargument thereafter. Present— Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

Hiram K. Scott, Jr., Respondent, v. The Town of North Salem, Appellant, and Others, Respondents.— Motion for reargument denied, with costs. Present —Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

Samuel Singer, Respondent, v. William M. Barrett, as President of Adams Express Company, etc., Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

Mary B. Tower, Plaintiff, v. Albert E. Tower, Defendant.— Motion for stay granted on condition that the appeal is brought on for argument and argued at the October term of the court; otherwise motion denied. Present — Woodward, Burr, Thomas, Rich and Carr, JJ.

John L. Travis and Others, Appellants, v. Clara A. Bowron and Others, Respondents.— Motion for resettlement of order denied, with costs. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

Georgianna B. White and Others, Appellants, v. Florence A. Moore, Respondent.— Motion to resettle order granted, without costs. Present — Woodward, Burr, Thomas, Rich and Carr, JJ. Resettle order before Thomas, J.

John J. Wood, Appellant, v. James Fish, Respondent.— Motion to resettle order denied, with costs. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

Frederick A. Auffermann, Appellant, v. Publishers' Paper Company and American Mahogany Company, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

Benjamin Belincoff, Appellant, v. Empire State Surety Company of New York, Respondent.— The plaintiff established a *prima facie* case, and the exception to the dismissal of the complaint presents reversible error. The judgment of the Municipal Court is reversed and a new trial ordered, costs to abide the event. Hirschberg, P. J., Woodward, Jenks, Rich and Carr, JJ., concurred.

Joseph Bergen, Respondent, v. Albert Wiener, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present—Hirschberg, P. J., Woodward, Jenks, Rich and Carr, JJ.

Irving R. Brown, Respondent, v. Laura V. Dunk, Appellant.— Judgment modified by deducting the interest therefrom, and as so modified the judgment and order of the County Court of Westchester county are affirmed, without costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ., concurred.

*See 137 App. Div. 904; 138 id. 922; 139 id. 727.—[REP.